Filed:  July 9, 1998

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 96-2610
CA-93-1064-2-18AJ

———————————

JEROME M. MYERS; SAMUEL KENNLEY,

                                Plaintiffs - Appellants,

     and

LANTZ H. LITTLE; W. L. PACE; REGINALD A. LEE;
JAMES E. YOUNG; ELMER E. MARTIN; UNDRA L.
EVERSON; JIMMIE S. TAYLOR; THOMAS O. WILLIAMS;
NORMAN ROBERT KNIGHT, III,

                                Plaintiffs,

     versus

DEPARTMENT OF THE NAVY,

                                Defendant - Appellee,

     and

PETER CAMPBELL,

                                Claimant.

———————————

No. 96-2698
CA-93-1914-2-18

———————————

ARTHUR PINCKNEY,

                                Plaintiff - Appellant,

and

NORMAN WITHERSPOON; THOMAS WILLIAMS; CYNTHIA
H. COAXUM; LUCILLE MYERS; NORMAN JAMES
WITHERSPOON,

                                              Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                    Defendant - Appellee,

        and

FRANK SIMMONS, JR.,

                                              Claimant.

                    ————————

                     No. 96-2699
                   CA-93-3206-2-18AJ

                    ————————

ELZINE R. FABERS,

                              Plaintiff - Appellant,

        and

WILLIAM L. DIBBLE; NATHANIEL JUST; JAMES H.
MOULTRIE; NATHANIEL JONES; ELDRIDGE C. LEE;
ARTHUR L. NESBITT; HENRY L. MOORE, JR.,

                                              Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                    Defendant - Appellee.

                         2

DAVID RILEY,

Plaintiff - Appellant,

and

THURMOND HAMMOND; CAROLYN G. CHAVIS; HORACE
WILLIAMS; ODIS C. MOORE, JR.; WILLIAM GLOVER,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

CAROLYN G. CHAVIS; WILLIAM GLOVER,

Plaintiffs - Appellants,

and

THURMOND HAMMOND; DAVID RILEY; HORACE
WILLIAMS; ODIS C. MOORE, JR.,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

                              Defendant - Appellee.

No. 96-2771
CA-93-3293-2-18AJ

FRANK REED,

Plaintiff - Appellant,

and

JASPER M. BRYANT; CATHIE M. CRAWFORD; JOHN DINGLE; HARVEY J. DOCTOR; SEAFUS JORDAN; LEROY M. LLOYD; ABRAHAM J. SMALLS; RICHARD A. SPENCER; JOSEPH SWINTON, JR.; VENA L. VAIRD; JAMES L. WASHINGTON,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

No. 97-1859
CA-93-2410-2-18AJ

HORACE WILLIAMS,

Plaintiff - Appellant,

and

THURMOND HAMMOND; CAROLYN G. CHAVIS; DAVID RILEY; ODIS C. MOORE, JR.; WILLIAM L. GLOVER,

Plaintiffs,

versus

5

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

————————————————

No. 97-1860
CA-93-3206-2-18AJ

————————————————

HENRY L. MOORE, JR.,

Plaintiff - Appellant,

and

WILLIAM L. DIBBLE; NATHANIEL JUST; JAMES H.
MOULTRIE; ELZINE R. FABERS; NATHANIEL JONES;
ELDRIDGE C. LEE; ARTHUR L. NESBITT,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

————————————————

**O R D E R**

————————————————

Appellants in the above-styled appeals were not afforded an opportunity to file informal briefs prior to our disposition of their appeals. In order for these Appellants to submit informal briefs for our review before we act on their appeals, we construe their post-decision pro se filings as petitions for rehearing and grant rehearing for the limited purpose of reviewing their informal

6

briefs.   We direct that the Clerk's Office issue an informal briefing order in these appeals directing that these Appellants mail their informal briefs to this Court no later than August 3, 1998.

FOR THE COURT

/s/ Patricia S. Connor

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2324**

———————

NORMAN ROBERT KNIGHT, III,

                              Plaintiff - Appellant,

        and

LANTZ H. LITTLE; W. L. PACE; JEROME M. MYERS;
REGINALD A. LEE; JAMES E. YOUNG; ELMER E.
MARTIN; UNDRA L. EVERSON; JIMMIE S. TAYLOR;
SAMUEL KENNLEY; THOMAS O. WILLIAMS,

                              Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                              Defendant - Appellee,

        and

PETER CAMPBELL,

                              Claimant.

———————

**No. 96-2325**

———————

JAKE LEE, JR.,

                              Plaintiff - Appellant,

and

PONCE DELEON JONES; JAMES L. CRAWFORD; WILLIAM
E. REID, JR.; SHERMAN WESLEY BARCLIFF,

                                    Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                    Defendant - Appellee,

        and

PETER CAMPBELL,

                                    Claimant.

───────────────

**No. 96-2365**

───────────────

PONCE DELEON JONES,

                                    Plaintiff - Appellant,

        and

JAKE LEE, JR.; JAMES L. CRAWFORD; WILLIAM E.
REID, JR.; SHERMAN WESLEY BARCLIFF,

                                    Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                    Defendant - Appellee,

and

PETER CAMPBELL,

Claimant.

---

**No. 96-2610**

---

JEROME M. MYERS; SAMUEL KENNLEY,

Plaintiffs - Appellants,

and

LANTZ H. LITTLE; W. L. PACE; REGINALD A. LEE;
JAMES E. YOUNG; ELMER E. MARTIN; UNDRA L.
EVERSON; JIMMIE S. TAYLOR; THOMAS O. WILLIAMS;
NORMAN ROBERT KNIGHT, III,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee,

and

PETER CAMPBELL,

Claimant.

10

ARTHUR PINCKNEY,

Plaintiff - Appellant,

and

NORMAN WITHERSPOON; THOMAS WILLIAMS; CYNTHIA
H. COAXUM; LUCILLE MYERS; NORMAN JAMES
WITHERSPOON,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee,

and

FRANK SIMMONS, JR.,

Claimant.

No. 96-2699

ELZINE R. FABERS,

Plaintiff - Appellant,

and

WILLIAM L. DIBBLE; NATHANIEL JUST; JAMES H.
MOULTRIE; NATHANIEL JONES; ELDRIDGE C. LEE;
ARTHUR L. NESBITT; HENRY L. MOORE, JR.,

                                        Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                        Defendant - Appellee.

                    ──────────────

                    **No. 96-2700**

                    ──────────────

STANLEY E. SHAW,

                                Plaintiff - Appellant,

        and

JERALD WATSON; ROBERT WATSON; JAMES FRAZIER

                                        Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                Defendant - Appellee.

                    ──────────────

                    **No. 96-2720**

                    ──────────────

DAVID RILEY,

                                Plaintiff - Appellant,

12

and

THURMOND HAMMOND; CAROLYN G. CHAVIS; HORACE
WILLIAMS; ODIS C. MOORE, JR.; WILLIAM GLOVER,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

_____

**No. 96-2721**

_____

CAROLYN G. CHAVIS; WILLIAM GLOVER,

Plaintiffs - Appellants,

and

THURMOND HAMMOND; DAVID RILEY; HORACE
WILLIAMS; ODIS C. MOORE, JR.,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

13

---

**No. 96-2771**

---

FRANK REED,

                                        Plaintiff - Appellant,

        and

JASPER M. BRYANT; CATHIE M. CRAWFORD; JOHN
DINGLE; HARVEY J. DOCTOR; SEAFUS JORDAN; LEROY
M. LLOYD; ABRAHAM J. SMALLS; RICHARD A.
SPENCER; JOSEPH SWINTON, JR.; VENA L. VAIRD;
JAMES L. WASHINGTON,

                                        Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                        Defendant - Appellee.

---

**No. 96-2772**

---

JAMES E. YOUNG,

                                        Plaintiff - Appellant,

        and

NORMAN ROBERT KNIGHT, III; LANTZ H. LITTLE; W.
L. PACE;JEROME M. MYERS; REGINALD A. LEE;
ELMER E. MARTIN; UNDRA L. EVERSON; JIMMIE S.
TAYLOR; SAMUEL KENNLEY; THOMAS O. WILLIAMS,

                                        Plaintiffs,

        versus

14

DEPARTMENT OF THE NAVY,

                                        Defendant - Appellee,

        and

PETER CAMPBELL,

                                        Claimant.

_____

**No. 97-1768**

_____

NORMAN ROBERT KNIGHT, III,

                                        Plaintiff - Appellant,

        and

LANTZ H. LITTLE; W. L. PACE; JEROME M. MYERS;
REGINALD A. LEE; JAMES E. YOUNG; ELMER E.
MARTIN; UNDRA L. EVERSON; JIMMIE S. TAYLOR;
SAMUEL KENNLEY; THOMAS O. WILLIAMS,

                                        Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                        Defendant - Appellee,

        and

PETER CAMPBELL,

                                        Claimant.

15

------

**No. 97-1857**

------

REGINALD A. LEE,

                                        Plaintiff - Appellant,

        and

NORMAN ROBERT KNIGHT, III; LANTZ H. LITTLE; W.
L. PACE; JEROME M. MYERS; JAMES E. YOUNG;
ELMER E. MARTIN; UNDRA L. EVERSON; JIMMIE S.
TAYLOR; SAMUEL KENNLEY; THOMAS O. WILLIAMS,

                                        Plaintiffs,

        versus

DEPARTMENT OF THE NAVY,

                                        Defendant - Appellee,

        and

PETER CAMPBELL,

                                        Claimant.

------

**No. 97-1858**

------

WILLIAM E. REID, JR.,

                                        Plaintiff - Appellant,

16

and

JAKE LEE, JR.; PONCE DELEON JONES; JAMES L.
CRAWFORD; SHERMAN WESLEY BARCLIFF,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee,

and

PETER CAMPBELL,

Claimant.

_____

**No. 97-1859**

_____

HORACE WILLIAMS,

Plaintiff - Appellant,

and

THURMOND HAMMOND; CAROLYN G. CHAVIS; DAVID
RILEY; ODIS C. MOORE, JR.; WILLIAM L. GLOVER,

Plaintiffs,

versus

DEPARTMENT OF THE NAVY,

Defendant - Appellee.

17

HENRY L. MOORE, JR.,

                                    Plaintiff - Appellant,


        and


WILLIAM L. DIBBLE; NATHANIEL JUST; JAMES H.
MOULTRIE; ELZINE R. FABERS; NATHANIEL JONES;
ELDRIDGE C. LEE; ARTHUR L. NESBITT,

                                    Plaintiffs,


        versus


DEPARTMENT OF THE NAVY,

                                    Defendant - Appellee.


Appeals from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-93-1064-2-18AJ, CA-93-2081-2-18AJ, CA-93-1914-2-18, CA-93-3206-
2-18AJ, CA-94-479-2-18AJ, CA-93-2410-2-18AJ, CA-93-3293-2-18AJ)


Submitted:  May 19, 1998          Decided:  June 3, 1998


Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.


Affirmed by unpublished per curiam opinion.

Norman Robert Knight, III, Jake Lee, Jr., Ponce DeLeon Jones, Jerome M. Myers, Samuel Kennley, Arthur Pinckney, Elzine R. Fabers, Stanley E. Shaw, David Riley, Carolyn G. Chavis, William L. Glover, Frank Reed, James E. Young, Norman Robert Knight, III, Reginald A. Lee, William E. Reid, Horace Williams, Henry L. Moore, Jr., Appellants Pro Se. John Harris Douglas, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

This is a consolidated appeal. In case Nos. 96-2324, 96-2325, 96-2365, 96-2610, 96-2698, 96-2699, 96-2700, 96-2720, 96-2721, 96-2771, and 96-2772, the Appellants appeal the district court's orders granting the Navy summary judgment in their civil action filed under the Privacy Act, see 5 U.S.C. § 552a (1994), and denying their motion styled "Motion for a Status Conference Hearing and Rule 60(b) Errors Correction." In case Nos. 97-1860, 97-1859, 97-1858, and 97-1857, the Appellants appeal only the denial of the motion styled "Motion for a Status Conference Hearing and Rule 60(b) Errors Correction." Finally, the Appellant in No. 97-1768 appeals the district court's order granting counsel's request to be relieved. We have reviewed the record and the district court's thorough and well-reasoned opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. No. 96-2324, Knight v. Department of the Navy, No. CA-93-1064-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2325, Lee v. Department of the Navy, No. CA-93-2081-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2365, Jones v. Department of the Navy, No. CA-93-2081-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2610, Myers v. Department of the Navy, No. CA-93-1064-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2698, Pinckney v. Department of the Navy, No. CA-93-1914-2-18 (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2699, Fabers v. Department of the Navy, No. CA-93-3206-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2700, Shaw v. Department of the Navy, No. CA-94-479-2-18AJ (D.S.C. Sept.

20

18, 1996; May 27, 1997); No. 96-2720, <u>Riley v. Department of the Navy</u>, No. CA-93-2410-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2721, <u>Chavis v. Department of the Navy</u>, No. CA-93-2410-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2771, <u>Reed v. Department of the Navy</u>, No. CA-93-3293-2-18AJ (D.S.C. Sept. 18, 1996; May 27, 1997); No. 96-2772, <u>Young v. Department of the Navy</u>, No. CA-93-1064-2-18AJ (D.S.C. Sept. 18, 1996); No. 97-1768, <u>Knight v. Department of the Navy</u>, No. CA-93-1064-2-18-AJ (D.S.C. May 20, 1997); No. 97-1857, <u>Lee v. Department of the Navy</u>, No. CA-93-1064-2-18AJ (D.S.C. May 27, 1997); No. 97-1858, <u>Reid v. Department of the Navy</u>, No. CA-93-2081-2-18AJ (D.S.C. May 27, 1997); No. 97-1859, <u>Williams v. Department of the Navy</u>, No. CA-93-2410-2-18AJ (D.S.C. May 27, 1997); No. 97-1860, <u>Moore v. Department of the Navy</u>, No. CA-93-3206-2-18AJ (D.S.C. May 27, 1997). We grant the motions to adopt other Appellants' informal briefs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

21